**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

June 22, 2014

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

**RE:    Goldmunzer v. Portfolio
             14 CV 1427 (JG) (JO)**

Dear Magistrate Judge Orenstein:

I represent the plaintiff in the above matter.  Please be advised that the matter has settled.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein